UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANOVER INSURANCE COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, IN ITS CAPACITY AS RECEIVER FOR UNITED COMMERCIAL BANK,<br><br>Defendant. | CASE NO. CV 10 1697 MEJ<br><br>[PROPOSED] ORDER ON JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND JOINT MOTION TO AMEND SCHEDULING ORDER<br><br>JUDGE: HON. MARIA-ELENA JAMES<br>DEPT: COURTROOM B, 15TH FLOOR<br><br>Complaint Filed: April 20, 2010 |

**PURSUANT TO THE PARTIES' STIPULATION FILED ON JULY 2, 2010, IT IS ORDERED THAT:**

1. The FDIC has until August 9, 2010 to respond to to Hanover's complaint.

2. The initial case management conference is continued until September 16, 2010 at 10:00 a.m.

3. Pursuant to this Court's "Order Setting Initial Case Management Conference and ADR Deadlines," all current deadlines are continued to the proposed deadline dates indicated in their stipulation filed on July 2, 2010.

DATED: July 6, 2010

By:_____
MAGISTRATE JUDGE
MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT

LA/971954v1

-1-

CASE NO. CV 10 1697 MEJ