1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HANOVER INSURANCE COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, IN ITS CAPACITY AS RECEIVER FOR UNITED COMMERCIAL BANK,<br><br>Defendants. | CASE NO.: CV 10 1697 MEJ<br><br>~~[PROPOSED]~~ ORDER RE MOTION AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 41<br><br>Judge:   Magistrate Judge Maria-Elena James<br><br>Complaint Filed: April 20, 2010<br>Trial Date: |

Having considered the Motion and Stipulation of Dismissal presented to the Court and finding good cause from the stipulation and under Federal Rule of Civil Procedure 41, IT IS HEREBY ORDERED:

1.   Hanover Insurance Company's Complaint is dismissed without prejudice.

2.   Each and every count and cause of action in the Complaint is dismissed without prejudice.

///

LA/1025809v1

1

CASE NO. CV-10-1697 MEJ

[PROPOSED] ORDER RE MOTION AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 41

3. Each party to bear its own costs and attorneys' fees.

Dated: __May 9__, 2011      _____

JUDGE OF THE DISTRICT COURT

LA/1025809v1

2

CASE NO. CV-10-1697 MEJ

[PROPOSED] ORDER RE MOTION AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 41

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, CA 90017-5556. On May 6, 2011, I served the within document(s):

**[PROPOSED] ORDER RE MOTION AND STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF COMPLAINT UNDER FEDERAL RULE OF CIVIL PROCEDURE 41**

☐   FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☑   MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐   PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☑   ELECTRONIC – by electronically transmitting the document(s) listed above to the electronic notification address(es) of the addressee(s) listed below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 6, 2011, at Los Angeles, California.

_____
Annie T. Martinez

1
PROOF OF SERVICE

## SERVICE LIST

Rachel Mary Dollar, Esq.  
Smith Dollar PC  
404 Mendocino Avenue  
Second Floor  
Santa Rosa, CA 95401  
Email:  rdollar@smithdollar.com  
Phone Number:  (707) 522-1108  
Fax Number: (707) 522-1101  

Attorneys for Defendant  
FEDERAL DEPOSIT INSURANCE CORPORATION